IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE: Tyler Lynn Walker #20-31627-SHB
Brianna Nicole Walker Chapter 13

SUCCESSOR TRUSTEE'S INTERIM FINAL REPORT PURSUANT TO F.R.B.P. 2012(b)

Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements through the above referenced plan as of April 30, 2023.

A copy of the Interim Final Report is attached hereto showing the creditor, proof of claim amounts, amount disbursed and the unpaid balance for each claim, other than the ongoing mortgage claims, as of April 30, 2023, as of the date of the transfer from Trustee Gwendolyn Kerney to the Successor Trustee Debra L. Miller.

The amount paid to the ongoing mortgage claim includes principal, interest and escrow and does not reflect the outstanding principal balance- only the total amount paid.

Any questions or concerns should be directed to the Successor Trustee's Office.

Dated: May 18, 2023

Respectfully Submitted,

s/ Debra L. Miller, Trustee
Debra L. Miller, Successor Trustee #19656-49 IN
To Trustee Gwendolyn Kerney
Chapter 13 Trustee
314 Erin Drive, Ste. 201
Knoxville, TN  37919
(865) 524-4995

CERTIFICATE OF SERVICE

I served a copy of this pleading with the Interim Final Report to the following on 5/18/23.

Via U.S. Mail
   Debtor: Tyler Lynn Walker / Brianna Nicole Walker
   2085 Bradshaw Hollow Road,
   Loudon, TN, 37774

Via CM/ECF
   Debtor's Attorney: Zachary S. Burroughs, Clark & Washington, LLC
   Tiffany DiIorio (ECF), U.S. Trustee's Office

s/ Debra L. Miller, Trustee
Debra L. Miller, Successor Trustee #19656-49 IN
To Trustee Gwendolyn Kerney

5/3/2023             Debra L. Miller, Trustee             Page: 1
Trustee's Report of Receipts and Disbursements
for the period from 1/1/2010 through 4/30/2023

| | |
|---|---|
| Case Number: | 20-31627 |
| Filed Date: | 06/30/2020 |
| Plan Percentage: | 100 |
| Confirmation Date: | 08/14/2020 |

| | |
|---|---|
| Funds at Period Begin: | $0.00 |
| Receipts for Period: | $85,865.35 |
| Disbursed in Period: | $84,782.01 |
| Funds at Period End: | $1,083.34 |
| Trustee Fee for Period: | $4,728.87 |

| | |
|---|---|
| Total Receipts for Case: | $85,865.35 |
| Total Disbursed for Case: | $84,782.01 |
| Monthly Plan Payment: | $2,483.00 |
| Number of Months in Plan: | 60 |
| Debtor Refunds in Period: | $0.00 |
| Amount Case is Delinquent: | $0.00 |

Tyler Lynn Walker
Brianna Nicole Walker
2085 Bradshaw Hollow Road
Loudon, TN 37774

Attorney:
Zachary S. Burroughs
Clark & Washington, LLC
408 S. Northshore Dr.
Knoxville, TN 37919-

## Receipts

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/27/2023 | $1,146.00 | 04/11/2023 | $1,146.00 | 03/29/2023 | $1,146.00 | 03/15/2023 | $1,146.00 |
| 03/01/2023 | $1,146.00 | 02/15/2023 | $1,146.00 | 02/01/2023 | $1,146.00 | 01/19/2023 | $1,146.00 |
| 01/05/2023 | $1,146.00 | 12/21/2022 | $1,146.00 | 12/07/2022 | $1,146.00 | 11/23/2022 | $1,146.00 |
| 11/09/2022 | $1,146.00 | 10/27/2022 | $1,146.00 | 10/12/2022 | $1,146.00 | 09/28/2022 | $1,146.00 |
| 09/13/2022 | $1,146.00 | 08/31/2022 | $1,146.00 | 08/17/2022 | $1,146.00 | 08/03/2022 | $1,146.00 |
| 07/21/2022 | $1,146.00 | 07/07/2022 | $1,146.00 | 06/23/2022 | $1,146.00 | 06/08/2022 | $1,146.00 |
| 05/25/2022 | $1,146.00 | 05/11/2022 | $1,146.00 | 04/27/2022 | $1,146.00 | 04/13/2022 | $1,146.00 |
| 03/30/2022 | $1,146.00 | 03/16/2022 | $1,146.00 | 03/02/2022 | $1,146.00 | 02/16/2022 | $1,146.00 |
| 02/03/2022 | $1,146.00 | 01/24/2022 | $1,146.00 | 01/05/2022 | $1,146.00 | 12/27/2021 | $1,146.00 |
| 12/08/2021 | $1,146.00 | 11/29/2021 | $1,146.00 | 11/15/2021 | $1,146.00 | 10/26/2021 | $1,146.00 |
| 10/14/2021 | $1,146.00 | 09/29/2021 | $1,146.00 | 09/14/2021 | $1,146.00 | 09/01/2021 | $1,146.00 |
| 08/19/2021 | $1,146.00 | 08/04/2021 | $1,146.00 | 07/21/2021 | $1,146.00 | 07/08/2021 | $1,146.00 |
| 06/23/2021 | $1,146.00 | 06/09/2021 | $1,146.00 | 05/27/2021 | $1,146.00 | 05/11/2021 | $1,146.00 |
| 04/28/2021 | $1,146.00 | 04/14/2021 | $1,146.00 | 03/31/2021 | $1,146.00 | 03/18/2021 | $1,295.00 |
| 03/04/2021 | $1,295.00 | 02/17/2021 | $1,195.38 | 02/03/2021 | $1,344.81 | 01/20/2021 | $1,344.81 |
| 01/06/2021 | $1,295.00 | 12/23/2020 | $820.02 | 12/09/2020 | $1,295.00 | 12/01/2020 | $1,295.00 |
| 11/12/2020 | $1,295.00 | 10/28/2020 | $1,295.00 | 10/15/2020 | $1,295.00 | 09/30/2020 | $1,295.00 |
| 09/16/2020 | $1,295.00 | 09/03/2020 | $1,295.00 | 08/19/2020 | $1,295.11 | 08/10/2020 | $1,295.11 |
| 07/22/2020 | $1,295.11 | | | | | | |

## Claims and Disbursements

| Claim | Creditor Name | Claim Type | Claim Amount | Total Prin | Total Int | Paid In Period | Unpaid Balance | Currently Reserved |
|---|---|---|---|---|---|---|---|---|
| 0010 | Clark & Washington, P.C. | Legal | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 0011 | Clark & Washington, P.C. | Legal | $2,750.00 | $2,750.00 | $0.00 | $2,750.00 | $0.00 | $0.00 |
| 0020 | Clerk of the Court | Admin | $310.00 | $310.00 | $0.00 | $310.00 | $0.00 | $0.00 |
| 0030 | 21ST MORTGAGE | Continuing | $0.00 | $18,431.40 | $0.00 | $18,431.40 | Continuing | $0.00 |
| 0040 | HYUNDAI CAPITAL AMERICA D | Secured | $37,222.04 | $20,282.07 | $5,267.93 | $25,550.00 | $16,939.97 | $0.00 |
| 0050 | MATCO TOOLS | Secured | $8,971.44 | $4,890.44 | $1,269.56 | $6,160.00 | $4,081.00 | $0.00 |
| 0060 | ORNL Federal Credit Union | Secured | $8,568.42 | $4,667.45 | $1,212.55 | $5,880.00 | $3,900.97 | $0.00 |
| 0070 | United States Treasury/IR | Priority | $1,804.27 | $1,804.27 | $0.00 | $1,804.27 | $0.00 | $0.00 |
| 0071 | United States Treasury/IR | Unsecured | $136.96 | $57.43 | $0.00 | $57.43 | $79.53 | $0.00 |
| 0080 | Midland Credit Management | Unsecured | $5,639.91 | $2,364.75 | $0.00 | $2,364.75 | $3,275.16 | $0.00 |
| 0090 | CLARK & WASHINGTON LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0100 | QUANTUM3 GROUP LLC AS AGE | Unsecured | $1,618.13 | $678.47 | $0.00 | $678.47 | $939.66 | $0.00 |
| 0110 | PRA RECEIVABLES MANAGEMEN | Unsecured | $2,996.46 | $1,256.39 | $0.00 | $1,256.39 | $1,740.07 | $0.00 |
| 0120 | Portfolio Recovery Associ | Unsecured | $1,833.80 | $768.89 | $0.00 | $768.89 | $1,064.91 | $0.00 |
| 0130 | SYNCHRONY BANK | Unsecured | $5,425.18 | $2,274.72 | $0.00 | $2,274.72 | $3,150.46 | $0.00 |
| 0140 | Portfolio Recovery Associ | Unsecured | $2,807.06 | $1,176.97 | $0.00 | $1,176.97 | $1,630.09 | $0.00 |
| 0150 | Citibank, N.A. | Unsecured | $808.04 | $338.80 | $0.00 | $338.80 | $469.24 | $0.00 |
| 0160 | WAKEFIELD & ASSOCIATES | Unsecured | $5,198.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| 0170 | Y-12 Federal Credit Union | Unsecured | $5,855.78 | $2,455.27 | $0.00 | $2,455.27 | $3,400.51 | $0.00 |
| 0180 | Y-12 FEDERAL CREDIT UNION | Unsecured | $2,119.09 | $888.52 | $0.00 | $888.52 | $1,230.57 | $0.00 |
| 0190 | UNITED STATES ATTORNEY'S | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Debra L. Miller, Trustee
## Trustee's Report of Receipts and Disbursements
## for the period from 1/1/2010 through 4/30/2023

| | | | | |
|---|---|---|---|---|
| Case Number: | 20-31627 | Funds at Period Begin: $0.00 | Total Receipts for Case: | $85,865.35 |
| Filed Date: | 06/30/2020 | Receipts for Period: $85,865.35 | Total Disbursed for Case: | $84,782.01 |
| Plan Percentage: | 100 | Disbursed in Period: $84,782.01 | Monthly Plan Payment: | $2,483.00 |
| Confirmation Date: | 08/14/2020 | Funds at Period End: $1,083.34 | Number of Months in Plan: | 60 |
| | | Trustee Fee for Period: $4,728.87 | Debtor Refunds in Period: | $0.00 |
| | | | Amount Case is Delinquent: | $0.00 |

## Claims and Disbursements

| Claim | Creditor Name | Claim Type | Claim Amount | Total Prin | Total Int | Paid In Period | Unpaid Balance | Currently Reserved |
|---|---|---|---|---|---|---|---|---|
| 0200 | US ATTORNEY GENERAL'S OFF | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0210 | TMOBILE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0220 | Key Buildings Rentals | Unsecured | $3,821.95 | $3,727.50 | $0.00 | $3,727.50 | $94.45 | $0.00 |
| 0230 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0240 | United States Treasury/IR | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0250 | Thomas H. Dickenson, Att | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0260 | 21ST MORTGAGE | Secured | $529.10 | $529.10 | $0.00 | $529.10 | $0.00 | $0.00 |
| 0270 | SOUTHEASTERN EMERGENCY PH | Unsecured | $374.04 | $156.83 | $0.00 | $156.83 | $217.21 | $0.00 |
| 0280 | SOUTHEASTERN EMERGENCY PH | Unsecured | $2,831.00 | $1,187.01 | $0.00 | $1,187.01 | $1,643.99 | $0.00 |
| 0290 | VISTA RADIOLOGY PC | Unsecured | $12.25 | $4.97 | $0.00 | $4.97 | $7.28 | $0.17 |
| 0300 | VISTA RADIOLOGY PC | Unsecured | $14.21 | $5.76 | $0.00 | $5.76 | $8.45 | $0.20 |
| 0310 | Fort Sanders Loudoun Medi | Unsecured | $583.19 | $244.53 | $0.00 | $244.53 | $338.66 | $0.00 |
| 0320 | Citibank, N.A. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0330 | PORTFOLIO RECOVERY ASSOCI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0340 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0350 | Y-12 Federal Credit Union | Unsecured | $123.00 | $51.56 | $0.00 | $51.56 | $71.44 | $0.00 |
| 0360 | PRA RECEIVABLES MANAGEMEN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRS0 | Debra L. Miller, Trustee | Trustee | $8,051.53 | $4,728.87 | $0.00 | $4,728.87 | $3,322.66 | $0.00 |
| Totals | | | $111,404.85 | $77,031.97 | $7,750.04 | $84,782.01 | $47,606.28 | $0.37 |

Balance to Complete Plan    $46,522.94

NOTE: The balance to complete the plan is the amount due as of the date this report was printed. This amount reflects any payments you may have submitted between the cutoff date of this report and the printed date.
The balance to complete is the amount due after those funds are accounted for.